# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DAKOTA PRICE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CA NO. 4:26-cv-358** |
| **COMPLETE VENTURES LLC AND** | § | |
| **NATHAN WEAVER,** | § | |
| **INDIVIDUALLY,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule CV-3, Plaintiff Dakota Price files this Certificate of Interested Parties and discloses the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

**Plaintiff Dakota Price.** Plaintiff and real party in interest.

**Welmaker Law, PLLC.** Counsel for Plaintiff. Douglas B. Welmaker is the sole owner of Welmaker Law, PLLC and may have a financial interest in the outcome of this litigation through an attorneys' fee award.

**Complete Ventures LLC.** Defendant.

**Nathan Weaver.** Defendant and owner/manager of Complete Ventures LLC.

2

Respectfully Submitted,

**WELMAKER LAW, PLLC**
505 E. Magrill St.
Longview, Texas 75601
Tel: (512) 799-2048

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

2