AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| DAKOTA PRICE <br><br> *Plaintiff(s)* <br><br> v. <br><br> COMPLETE VENTURES LLC AND NATHAN WEAVER, INDIVIDUALLY <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 4:26-cv-358 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Complete Ventures LLC
c/o United States Corporation Agents, Inc.
10601 Clarence Dr. Suite 250
Frisco, Texas 75033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas B. Welmaker
Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601
(512) 799-2048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **5/12/2026**

CLERK OF COURT

*David A. O'Toole*

*Signature of Clerk or Deputy Clerk*

**Came to hand on 05-12-2026 at 5:18 P.M.**

**PROOF OF SERVICE ATTACHED**

**DRLS**
516 West Annie St.
Austin, Texas 78704
7971-1

## UNITED STATES DISTRICT COURT
### for the Eastern District of Texas

| | | | |
|---|---|---|---|
| DAKOTA PRICE, | Plaintiff | § | Civil Action No. 4:26-cv-358 |
| vs. | | § | |
| COMPLETE VENTURES LLD, et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass.  I am over eighteen (18) years of age and not a party to or interested in the outcome of this case.  My address is 516 West Annie, Austin, Texas 78704, United States of America.  Pursuant to Texas Government Code Section 156.001.(2), I am certified as a process server by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2027.

Came to hand on May 12, 2026, at 5:18 p.m. Summons in a Civil Action with Plaintiff's Original Complaint for service on Defendant <u>Complete Ventures LLC.</u>

<u>Executed on May 18, 2026</u>, at 4:28 p.m., by delivering to Registered Agent, United States Corporation Agents, Inc., by delivering to its employee/agent via U.S.P.S. certified mail, return receipt requested, at 10601 Clarence Dr., Suite 250, Frisco, Texas 75033.  (Return receipt attached.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service and Statement of Service Fees is true and correct."

Printed Name:  __Tod E. Pendergrass__

Service Fee $ __93.00__          Re:  Welmaker/7971-1

Signature of non-party adult
DRLS, 516 W. Annie Street
Austin, Texas 78704

**STATE OF TEXAS**

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on May 26, 2026.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form pursuant to FRCP 4(l)(1)]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Complete Ventures LLC
c/o United States Corporation Agents, Inc.
10601 Clarence Dr. Suite 250
Frisco, Texas 75033

9590 9402 9894 5335 2885 90

2. Article Number (Transfer from service label)
9589 0710 5270 0393 4419 20

PS Form 3811, July 2020 PSN 7530-02-000-9053

WCLM 7971-1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *D7*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
X  *Darwin B*

C. Date of Delivery
X

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Your item was delivered to an individual at the address at **4:28 pm on May 18**, 2026 in FRISCO, TX 75033.

Tracking Number: **9589071052700393441920**

