# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAKOTA PRICE,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **Civil Action No. 4:26-cv-00358-ALM** |
| **COMPLETE VENTURES LLC, AND NATHAN WEAVER, INDIVIDUALLY,** | § § § § | |
| **Defendants.** | § § § | |

**DECLARATION OF DOUGLAS B. WELMAKER IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT COMPLETE VENTURES LLC**

I, Douglas B. Welmaker, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

I am the attorney of record for Plaintiff Dakota Price in this action. I am over 18 years of age, I have personal knowledge of the matters stated in this Declaration, and I am competent to testify to them. I submit this Declaration in support of Plaintiff's Motion for Entry of Default against Defendant Complete Ventures LLC under Federal Rule of Civil Procedure 55(a).

Plaintiff filed his Original Complaint in this action on April 10, 2026, alleging that Defendants misclassified him as an independent contractor and failed to pay him overtime compensation in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201–219. ECF No. 1. The Clerk issued summons as to Defendant Complete Ventures LLC on May 12, 2026. ECF No. 3.

Complete Ventures LLC was served with the summons and Complaint on May 18, 2026, by United States certified mail, return receipt requested, addressed to its registered agent of record in Texas, United States Corporation Agents, Inc., 10601 Clarence Dr., Suite 250, Frisco, Texas 75033. The return of service was executed by Tod E. Pendergrass, a process server certified by the Texas Judicial Branch Certification Commission (Certification No. PSC1660), and was filed with the Court on June 8, 2026. ECF No. 5. I incorporate that affidavit of service by reference as though fully set forth in this Declaration.

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Complete Ventures was required to serve a responsive pleading within 21 days after service of the summons and Complaint — that is, no later than June 8, 2026. That deadline has passed.

As of the date of this Declaration, Complete Ventures LLC has not answered the Complaint, filed a motion, or otherwise responded to it, and no attorney has entered an appearance on its behalf. Complete Ventures has failed to plead or otherwise defend within the meaning of Federal Rule of Civil Procedure 55(a).

Complete Ventures LLC is a limited liability company, not a natural person. It is therefore not an infant, an incompetent person, or a person in the military service, and the non-military affidavit requirement of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, does not apply to it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2026, at Longview, Texas.

/s/ *Douglas B. Welmaker*
DOUGLAS B. WELMAKER