**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAKOTA PRICE,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:26-cv-00358-ALM** |
| **COMPLETE VENTURES LLC,** | § § | |
| **AND NATHAN WEAVER,** | § § | |
| **INDIVIDUALLY,** | § § | |
| **Defendants.** | § § | |

**ORDER GRANTING PLAINTIFF'S FIRST AMENDED MOTION FOR
ENTRY OF DEFAULT AGAINST DEFENDANT COMPLETE VENTURES LLC**

On this day, the Court considered Plaintiff Dakota Price's First Amended Motion for Entry of Default Against Defendant Complete Ventures LLC, and the record of the case. The Court finds that Defendant Complete Ventures LLC was properly served on May 18, 2026, through its registered agent of record in Texas; that its answer was due on June 8, 2026; that the time to respond has expired; and that Defendant Complete Ventures LLC has failed to plead or otherwise defend.

Accordingly, the Court ORDERS as follows:

The Clerk shall enter the default of Defendant Complete Ventures LLC under Federal Rule of Civil Procedure 55(a).