UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Price

v.

4:26-cv-00358-ALM

Complete Ventures, LLC, et al

CLERK'S ENTRY OF DEFAULT

On this __16th__ day of __July_____, 20 __26___, it appearing from the affidavit(s) in support of default of __Douglas Burton Welmaker__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Complete Ventures, LLC

DAVID O'TOOLE

By: _____
Becca Ferrill

Deputy Clerk

p:\DFLT.ord