**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAKOTA C. PRICE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-00358-ALM** |
| | § | |
| **COMPLETE VENTURES LLC AND NATHAN WEAVER, INDIVIDUALLY** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Dakota C. Price files this notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and dismisses this action without prejudice as to both Defendants, Complete Ventures LLC and Nathan Weaver.

Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Neither Defendant has served an answer or a motion for summary judgment, and neither Defendant has appeared in this action. Complete Ventures LLC was served on May 18, 2026 and did not answer, and the Clerk entered its default on July 16, 2026. Nathan Weaver has not been served to the best of the undersigned's knowledge as of 12:32 pm today, September 3, 2026. This notice is timely.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF**
**DAKOTA C. PRICE**

## CERTIFICATE OF SERVICE

On September 3, 2026, I filed the foregoing document through the Court's CM/ECF system.

*<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker