**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAKOTA C. PRICE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-00358-ALM** |
| | § | |
| **COMPLETE VENTURES LLC AND NATHAN WEAVER, INDIVIDUALLY** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiff Dakota C. Price's Notice of Dismissal Without Prejudice, filed under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the record of the case. The Court finds that neither Defendant has served an answer or a motion for summary judgment and that neither Defendant has appeared in this action.

Accordingly, the Court ORDERS as follows:

The Court DISMISSES this action against Defendants Complete Ventures LLC and Nathan Weaver without prejudice.

The Clerk shall close this case.

It is so ordered.