**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAKOTA C. PRICE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-00358-ALM** |
| | § | |
| **COMPLETE VENTURES LLC AND NATHAN WEAVER, INDIVIDUALLY** | § § § | |
| | § | |
| **Defendants.** | § | |

**ORDER VACATING NOTICE OF DISMISSAL AND REINSTATING THE ACTION**

Before the Court is Plaintiff Dakota C. Price's Motion to Vacate Notice of Voluntary Dismissal and Reinstate the Action. Having considered the motion, the declaration submitted with it, and the record, the Court finds that Plaintiff's Notice of Dismissal Without Prejudice (Doc. 10) is a final proceeding subject to relief under Federal Rule of Civil Procedure 60(b), *see Yesh Music v. Lakewood Church*, 727 F.3d 356 (5th Cir. 2013), that Plaintiff filed the motion within a reasonable time, and that the circumstances justify relief under Rule 60(b)(6).

It is therefore ORDERED that the motion is GRANTED. The Notice of Dismissal Without Prejudice (Doc. 10) is VACATED. To the extent the proposed order submitted at Doc. 10-1 has been entered, that order is VACATED. This action is REINSTATED against Defendants Complete Ventures LLC and Nathan Weaver.

It is further ORDERED that the Clerk's Entry of Default against Complete Ventures LLC (Doc. 9) remains in effect.

It is further ORDERED that Plaintiff shall serve Nathan Weaver within 60 days of the date of this Order.

The Clerk shall reopen this case.

It is so ordered.