# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAKOTA C. PRICE, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 4:26-cv-358 |
| | § | Judge Mazzant |
| COMPLETE VENTURES LLC and NATHAN WEAVER, individually, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is Plaintiff Dakota C. Price's Motion to Vacate Notice of Voluntary Dismissal and Reinstate the Action (the "Motion") (Dkt. #11). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

The Court finds that Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #10) is a final proceeding subject to relief under Federal Rule of Civil Procedure 60(b). *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 360–61 (5th Cir. 2013). The Court further finds that Plaintiff filed the Motion within a reasonable time, and that the circumstances justify relief under Rule 60(b)(6).[1] Based on the facts and arguments raised in the Motion and Plaintiff's Declaration (Dkt. #11; Dkt. #11-1), the Court finds that Plaintiff's dismissal was not a free, calculated, and deliberate litigation choice because the decision was made immediately in response to a threat made by a relative of both Plaintiff's fiancée and Defendant Weaver (Dkt. #11 at p. 3; Dkt. #11-1). Additionally, Rule 60(b) is liberally construed to do substantial justice, and where a dismissal involved no consideration of the

[1] Plaintiff filed his Notice of Voluntary Dismissal on September 3, 2026 (Dkt. #10). Only five days later on September 8, 2026, Plaintiff filed the present Motion (Dkt. #11).

merits, the interest in deciding the case on the merits weighs in favor of relief. *Seven Elves, Inc. v. Eskenazi*, 635 F.2d 396, 401–02 (5th Cir. 1981).

It is therefore **ORDERED** that Plaintiff Dakota C. Price's Motion to Vacate Notice of Voluntary Dismissal and Reinstate the Action (Dkt. #11) is hereby **GRANTED**.

It is further **ORDERED** that Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #10) is **VACATED**.

It is further **ORDERED** that this action is **REINSTATED** against Defendants Complete Ventures LLC and Nathan Weaver, and the Clerk's Office shall reopen this action.

It is further **ORDERED** that the Clerk's Entry of Default against Complete Ventures LLC (Dkt. #9) remains in effect.

It is further **ORDERED** that Plaintiff shall serve Nathan Weaver within sixty (60) days of the date of this Order.

**IT IS SO ORDERED.**

**SIGNED this 5th day of November, 2026.**



AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE